UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00242 |
| | ) | JUDGE CAMPBELL |
| DIANA WEST | ) | |

ORDER

Pending before the Court is the Government's Motion To Dismiss Indictment (Docket No. 307) against Defendant Diana West. The Motion is GRANTED, and the case against Diana West is DISMISSED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE